1  **STEVE EMERY TEICH**
   Cal. State Bar No. **78397**
2  1390 Market Street
   Fox Plaza, Suite 310
3  San Francisco, CA 94102
   Telephone: (415) 864-5494
4
   Attorney for Defendant
5  **KAMAL SINGH**

6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9                      **SAN FRANCISCO DIVISION**

10

11  **UNITED STATES OF AMERICA**,        )    CASE NO.:  **10-70786-BZ**
                                        )
12          Plaintiff,                  )    **STIPULATION AND** ~~PROPOSED~~
                                        )    **ORDER CONTINUING PRELIMINARY**
13      vs.                             )    **HEARING AND EXTENDING TIME IN**
                                        )    **WHICH TO INDICT FROM JANUARY**
14  **KAMAL SINGH**,                    )    **12, 2011 UNTIL FEBRUARY 24, 2011**
                                        )
15          Defendant.                  )
                                        )
16  _____    )

17          The defendant came before this Court on October 13, 2010, for an initial appearance on a

18  criminal complaint. Attorney Steve E. Teich represented the defendant and Assistant United States

19  Attorney Kathryn R. Haun represented the United States.  The parties put the matter over until

20  October 21, 2010 for a detention hearing. On October 21, 2010, the parties appeared, the defendant

21  waived the detention hearing and the parties agreed to put the matter over for a preliminary hearing

22  until December 2, 2010 before Judge Chen.  At that time, the parties also requested an exclusion

23  of time in which to hold the preliminary hearing until December 2, 2010, pursuant to Federal Rule

24  of Criminal Procedure 5.1. Judge Spero so ordered time excluded until December 2, 2010.  On

25  December 1, 2010, the parties stipulated to put the matter over for a preliminary hearing on January

26  12, 2011.  At that time the parties also requested an exclusion of time in which to hold the

27  preliminary hearing until January 12, 2011, pursuant to Federal Rule of Criminal Procedure 5.1.

28  Judge Chen so ordered time excluded until January 12, 2011.

STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING AND EXTENDING TIME IN

1    The parties hereby jointly request that the Court now continue the preliminary hearing

2  currently set for January 12, 2011 until February 24, 2011 The parties are exploring a pre-

3  indictment resolution and require the additional time in which to negotiate the matter and for

4  defense counsel to fully review the discovery provided to him with his client.  In addition, the

5  parties require the additional time in which to meet and confer further about the case.

6    Taking into account the public interest in the prompt disposition of criminal cases, and good

7  cause having been shown for the reasons stated above, and with the consent of the defendant, the

8  Court hereby extends the time limits under Fed. Rule of Crim. Pro. as follows: the preliminary

9  hearing current set for January 12, 2011 is continued until February 24, 2011 and the time limit for

10  a preliminary hearing is hereby extended until February, 2011

11    **IT IS SO ORDERED.**

12

13  Dated:  ___  January 6, 2011  _____

14

15                                                          _____
                                                            **The Honorable Bernard Zimmerman**
16                                                          **United States Magistrate Court**

17

18

19

20

21

22

23

24

25

26

27

28

2